# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

Charles Ronald Musgrove
Linda Marie Musgrove

Debtor(s).

Case No. 05-32465 ABC

Chapter 13

**Request for Claims
Deposited into the U. S. Treasury Registry Account**

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR
AND MUST BE SUBMITTED BY WRITTEN REQUEST**

✓   The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

_____   Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

_____   Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

Documentation showing the purchase/assignment of the specific claim must be submitted.

**ALL CORRESPONDENCE MUST BE SUBMITTED IN WRITING AND IS PROCESSED IN ORDER OF DATE RECEIVED.**

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated: July 19, 2012

FOR THE COURT:
Bradford L. Bolton

By: /s/Joe Collyar
Financial Specialist 720-904-7430

**UNCLAIMED FUNDS ARE NOW ON OUR WEBSITE......www.cob.uscourts.gov**